Credit Acceptance Corporation
PO Box 9080
Temecula, CA 92589-9080

2351791023

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
P.O. Box 551888
Detroit, MI 48255-1888

Send Correspondence to:
25505 West Twelve Mile Road
Southfield, MI 48034

20200224-352

DAVID MOUNTS

BAISDEN, WV 25608-1068



1750

EXHIBIT 2



**Credit Acceptance Corporation**
25505 West Twelve Mile Road
Southfield, MI 48034
(800) 716-7376

| | | | |
|---|---|---|---|
| **TO:** | DAVID MOUNTS | **DATE:** | 02/25/2020 |
| | BAISDEN, WV 25608-1068 | **ACCOUNT:** | ▮7379 |
| | | **VEHICLE:** | 2016 Chevrolet Malibu |
| | | **VIN #:** | 1G1ZB5ST7GF276889 |

**SUBJECT**: Security Agreement Dated July 13, 2019

**NOTICE OF DISPOSITION OF REPOSSESSED VEHICLE.**   Credit Acceptance Corporation disposed of the above-referenced vehicle on February 14, 2020 at the following location:

> CAPITAL CITY AUTO AUCTION INC
> 600 WINFIELD RD
> ST ALBANS, WV 25177

**NOTICE OF DEFICIENCY.**   After applying the proceeds from the disposition of the repossessed vehicle to your payment obligation, a deficiency in the amount of $5,211.87 remains. Unless applicable law provides that you are not liable for the deficiency amount, you are obligated to pay the deficiency amount, to Credit Acceptance Corporation. Please call the toll-free number above to make appropriate arrangements.

**EXPLANATION OF DEFICIENCY.**   The amount of the deficiency was calculated as follows:

1. As of October 16, 2019, the total amount of your obligation was $29,009.44.

2. The amount of proceeds received from the disposition of the vehicle was $10,800.00.

3. The total amount of your obligation after deducting the amount of proceeds received from the disposition of the vehicle is $18,209.44.

4. The total amount of expenses incurred in retaking possession, holding, preparing for disposition, processing, and disposing of the vehicle is $611.70.

5. The total amount of credits to your account, which includes any payments received since the date in Item 1 above and other credits to which you are known to be entitled, including rebates of interest (or credit service charges) or ancillary product premiums (such as a service contract or GAP) is $13,609.27.

6. The amount of the deficiency is $5,211.87

Future debits, credits, charges, including additional credit service charges or interest, rebates, and expenses may affect the amount of the deficiency.

**ADDITIONAL INFORMATION.**   Additional information concerning this transaction is available from Credit Acceptance Corporation at (800) 716-7376.



1750-ACCT-US-M-Rev. 8/19
2351791023

EXHIBIT 2

Credit Acceptance Corporation
PO Box 9080
Temecula, CA 92589-9080

2351791696

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
P.O. Box 551888
Detroit, MI 48255-1888

Send Correspondence to:
25505 West Twelve Mile Road
Southfield, MI 48034

20200224-352

BONNIE MOUNTS

BAISDEN, WV 25608-1068



1751

EXHIBIT 2



**Credit Acceptance Corporation**
25505 West Twelve Mile Road
Southfield, MI 48034
(800) 716-7376

---

**TO:** BONNIE MOUNTS
▇▇▇▇▇▇▇▇▇▇
BAISDEN, WV 25608-1068

**DATE:** 02/25/2020

**ACCOUNT:** ▇7379

**VEHICLE:** 2016 Chevrolet Malibu

**VIN #:** 1G1ZB5ST7GF276889

**SUBJECT:** Security Agreement Dated July 13, 2019

---

**NOTICE OF DISPOSITION OF REPOSSESSED VEHICLE.** Credit Acceptance Corporation disposed of the above-referenced vehicle on February 14, 2020 at the following location:

> CAPITAL CITY AUTO AUCTION INC
> 600 WINFIELD RD
> ST ALBANS, WV 25177

**NOTICE OF DEFICIENCY.** After applying the proceeds from the disposition of the repossessed vehicle to your payment obligation, a deficiency in the amount of $5,211.87 remains. Unless applicable law provides that you are not liable for the deficiency amount, you are obligated to pay the deficiency amount, to Credit Acceptance Corporation. Please call the toll-free number above to make appropriate arrangements.

**EXPLANATION OF DEFICIENCY.** The amount of the deficiency was calculated as follows:

1. As of October 16, 2019, the total amount of your obligation was $29,009.44.

2. The amount of proceeds received from the disposition of the vehicle was $10,800.00.

3. The total amount of your obligation after deducting the amount of proceeds received from the disposition of the vehicle is $18,209.44.

4. The total amount of expenses incurred in retaking possession, holding, preparing for disposition, processing, and disposing of the vehicle is $611.70.

5. The total amount of credits to your account, which includes any payments received since the date in Item 1 above and other credits to which you are known to be entitled, including rebates of interest (or credit service charges) or ancillary product premiums (such as a service contract or GAP) is $13,609.27.

6. The amount of the deficiency is $5,211.87

Future debits, credits, charges, including additional credit service charges or interest, rebates, and expenses may affect the amount of the deficiency.

**ADDITIONAL INFORMATION.** Additional information concerning this transaction is available from Credit Acceptance Corporation at (800) 716-7376.



Page 1 of 1

1751-ACCT-US-CM-Rev. 8/19
2351791696

EXHIBIT 2