# In the United States District Court
# For the Eastern District of Kentucky
# Pikeville Division

| | | |
|---|---|---|
| **David Mounts and Bonnie Mounts** | : | |
| Plaintiffs | : | Case No. 7:20cv00046 REW-EBA |
| | : | |
| vs. | : | Judge Robert E. Wier |
| | : | U.S. Mag. Judge Edward B. Atkins |
| **Bruce Walters Ford Sales, Inc., & Credit Acceptance Corp. et al.** | : | |
| | : | <u>**Agreed Entry of Dismissal With Prejudice**</u> |
| Defendants | : | |
| | : | |
| | : | |

All matters having been amicably resolved to the satisfaction of all parties, the above-captioned matter is hereby dismissed with prejudice as to refiling as to all claims of all parties.

                                                   Hon. Robert E. Wier
                                                   U.S. District Judge

| | |
|---|---|
| <u>/s/Steven C. Shane</u> | <u>/s/Michelle L. Burden</u> |
| Steven C. Shane (#0041124) | Michelle L. Burden (90231) |
| Trial Attorney for Plaintiff | 2388 Grandview Drive |
| 321 Fairfield Ave. | Ft. Mitchell, Kentucky 41017 |
| P.O. Box 73067 | Phone: (513) 445-3374 |
| Bellevue, KY 41073 | FAX: (866) 675-3676 |
| (859) 431-7800 | mburden@gsn-law.com |
| (859) 431-3100 facsimile | *Attorney for Defendant, Bruce Walters* |
| shanelaw@fuse.net | *Ford Sales, Inc.* |

*/s/Jonathan Kernney*
Jonathan M. Kenney, Esq.
Kentucky Bar No. 95661
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7529
Facsimile: (757) 687-7510
E-mail: jon.kenney@troutman.com
*Attorney for Credit Acceptance Corporation*