UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| DAVID MOUNTS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 7:20-CV-46-REW |
| v. | ) | |
| | ) | |
| BRUCE WALTERS FORD SALES, INC., | ) | ORDER |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The parties have filed an "Agreed Entry of Dismissal" with prejudice. DE 58. The filing satisfies the Rule 41(a)(1)(A)(ii) requirements. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (permitting voluntary dismissal "without a court order" on filing of a "stipulation of dismissal signed by all parties who have appeared"). Accordingly, the Court **DIRECTS** the clerk to term DE 58 and **STRIKE** this matter from the Court's active docket, as dismissed with prejudice.

This the 12th day of May, 2021.

Signed By:
*Robert E. Wier*
**United States District Judge**